IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01146-WYD-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,

Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Defendant/Counterclaimant's Motion to Compel Complete Fed. R. Civ. P. 26(a)(1) Disclosures** [Doc. # 25, filed 11/30/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the plaintiff to produce, on or before **December 28, 2007**, all non-privileged materials contained within its underwriting files for the property and general liability insurance policies for Amsterdam Gardens; and

DENIED in all other respects.

Dated December 21, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge