IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 07-cv-01146-WYD-BNB | Date: March 27, 2008 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br>a Ohio Corporation | Kyle Seedorf |
| Plaintiff and Counter Defendant, | |
| v. | |
| RAPID FUNDING, LLC,<br>a Colorado corporation | Thomas Henderson, IV<br>Andrea Joslin |
| Defendant and Counter Claimant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 9:59 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff James River's motion for leave to amend response to restated counterclaim filed 2/29/08; Doc. 36 is granted as stated on the record. The Clerk of the Clerk is directed to accept the amended response for filing.

**ORDERED:** Plaintiff James River's Amended motion for protective order to limit the scope of Rule 30(b)(6) deposition of James River filed February 29, 2008; Doc. 38 is denied as stated on the record.

**ORDERED:** The Court will not entertain any further discovery motions in this case without a Rule 7.1(a) certification.

Court in Recess   10:25 a.m.   Hearing concluded.

Total time in court: 00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.