IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01146-WYD-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,

Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiff James River's Motion for Leave to Amend Response to Restated Counterclaim** [Doc. # 36, filed 2/29/2008] (the "Motion to Amend"); and

(2) **Plaintiff James River's <u>Amended</u> Motion for Protective Order to Limit the Scope of Rule 30(b)(6) Deposition of James River** [Doc. # 38, filed 2/29/2008] (the "Motion for Protective Order").

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing Doc. # 36-2.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED for failure meaningfully to comply with Rule 7.1A, D.C.COLO.LCivR.

IT IS FURTHER ORDERED that no additional discovery motions may be filed unless counsel for the moving party certifies, pursuant to D.C.COLO.LCivR 7.1A, that counsel have met <u>in person</u>; have conferred in good faith; have discussed in detail each disputed discovery matter and the purpose of the discovery, and the opposing parties objections to the discovery; and have attempted to resolve the matter by compromise, if possible. <u>See</u> <u>Hoelzel v. First Select Corp.</u>, 214 F.R.D. 634 (D. Colo. 2003).

Dated March 27, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge