**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

      Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited Liability Company,

      Defendant.

---

## ORDER RE MOTION TO EXCLUDE EXPERT TESTIMONY

---

This matter is before the Court on Plaintiff's Motion to Exclude Expert Testimony and Request for Fed. R. Evid. 104 Hearing (Doc. # 72). The Court has reviewed this motion, the file and the Final Pretrial Order in this matter and it is hereby

ORDERED that the parties shall have to and including <u>November 10, 2008</u> to file the additional motions referred to in Section 5.C, "Pending Motions." It is

FURTHER ORDERED that a second Final Pretrial Conference is set before the undersigned Judge on **Friday, December 12, 2008 at 3:00 p.m.** in Courtroom A-602 of the Arraj Courthouse. Outstanding motions will also be addressed at this conference.

DATED: October   <u>28</u>  , 2008.

                        BY THE COURT:

                        */s/ Christine M. Arguello*
                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge