IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01146-CMA-BNB | Date: November 14, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

JAMES RIVER INSURANCE COMPANY,　　　　　　Kyle Seedorf
a Ohio Corporation

　　　　Plaintiff(s) and Counter Defendant,

v.

RAPID FUNDING, LLC.,　　　　　　　　　　　David TeSelle
a Colorado Corporation　　　　　　　　　　　Michael Burg
　　　　　　　　　　　　　　　　　　　　　　Thomas Henderson, IV

　　　　Defendant(s) and Counter Claimant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:　　1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion to amend bad faith counterclaim for good cause (1) to add a request for double damages and attorney's fees under new Colorado Law effective August 6, 2008; and (2) to add a request for exemplary damages based upon deposition testimony taken in late May and late July, 2008 filed 10/10/08; Doc. 80 is granted as stated on the record. The Clerk of Court is directed to accept the Amended Complaint for filing. Response due in 20 days.**

Court in Recess　　2:15 p.m.　　Hearing concluded.　　Total time in court:　　00:45

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.