IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,

Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Motion to Amend Bad Faith Counterclaim for Good Cause (1) To Add a Request for Double Damages and Attorney's Fees Under New Colorado Law Effective August 6, 2008; and (2) To Add a Request for Exemplary Damages Based Upon Deposition Testimony Taken In Late May and Late July, 2008** [Doc. # 80, filed 10/10/2008] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Counterclaim and Jury Demand [Doc. # 81].

IT IS FURTHER ORDERED that the plaintiff shall have 20 days to answer or otherwise respond to the Second Amended Counterclaim.

1

Dated November 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge