IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

   Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited Liability Company,

   Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION FOR TWO MOTIONS FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiff James River Insurance Company's Motion For Permission For Two Motions for Summary Judgment (Doc. # 92). For the following reasons, the motion is GRANTED.

Without asking the Court's permission, James River filed two separate Motions for Summary Judgment on September 12, 2008. *See* Doc. ## 70 and 71. Defendant Rapid Funding, LLC objected to James River's apparent violation of Judge Daniel's practice standards, which governed this case at the time of the filing. Despite its objection, Rapid Funding did not file a motion to strike the Motions for Summary Judgment. Rapid Funding also responded separately to the motions. After the parties fully briefed both Motions for Summary Judgment, James River filed the instant motion seeking, after the fact, permission to file two motions for summary judgment. Rapid Funding apparently takes "no position" on James River's Motion for Permission.

This Court, much like Judge Daniel, anticipates that each party will file only one motion for summary judgment per case, unless special circumstances warrant otherwise. The Court does not believe that this case presents such special circumstances. However, since the Court prefers to decide cases on the merits, rather than technicalities, and since the rationale behind the rule is somewhat moot because both parties have already spent the resources to fully brief two motions for summary judgment, the Court will allow James River to file two motions for summary judgment.

Accordingly, it is

ORDERED that James River's Motion For Permission For Two Motions For Summary Judgment (Doc. # 92) is GRANTED and Doc. ## 70 and 71 are ACCEPTED.

DATED: November  25 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge