**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

　　　Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited Liability Company,

　　　Defendant.

---

## ORDER VACATING FINAL PRETRIAL CONFERENCE

---

　　　This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the final pretrial conference currently set for December 12, 2008 at 3:00 p.m. is VACATED. Lead counsel for both parties are DIRECTED to call Chambers (303-335-2174) via conference call no later than noon, December 8, 2008 with their calendars in order to reset this final pretrial conference date.

　　　DATED: December  3 , 2008

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHRISTINE M. ARGUELLO
　　　　　　　　　　　　　　　　　　　United States District Judge