**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited Liability Company,

    Defendant.

---

**ORDER RESETTING FINAL PRETRIAL CONFERENCE
AND MOTIONS HEARING**

---

Pursuant to this Court's Order dated December 3, 2008 and a conference call between counsel and Chambers staff on December 5, 2008, the final pretrial conference in this matter is RESCHEDULED for **December 22, 2008 at 9:00 a.m.** Because outstanding motions will be addressed, the Court has set aside two hours for this hearing. Lead counsel for both parties are expected to attend this final pretrial conference and motions hearing in person.

    DATED: December __8__, 2008

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge