Courtroom Deputy: Valeri P. Barnes  Date: December 22, 2008
Court Reporter: Darlene Martinez

---

Civil Action No. 07-cv-01146-CMA-BNB

*Parties:*                                              *Counsel:*

JAMES RIVER INSURANCE COMPANY, an                       Brent Anderson
Ohio Corporation,                                       Kyle Seedorf

    Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited                  Michael Burg
Liability Company,                                      David TeSelle
                                                        Thomas Henderson, IV
    Defendant.

---

## COURTROOM MINUTES

HEARING: Motions

**9:10 a.m.   Court in session.**

**ORDER:** James River Insurance Company's Motion for Summary Judgment on Defendant's Breach of Contract and Good Faith and Fair Dealing Claims **(70)** is **taken under advisement**.

**ORDER:** James River Insurance Company's Motion for Summary Judgment on Defendant's Colorado Consumer Protection Act Claim **(71)** is **taken under advisement**.

**ORDER:** Defendant/Counterclaimant's Motion to Proceed First and Last at Trial **(100)** is **taken under advisement**.

**ORDER:** James River Insurance Company's Amended Motion to Bifurcate **(101)** is

**taken under advisement**.

Counsel are directed to review the Court's Combined Practice Standards

The case will be tried to a jury of ten.

**DEADLINES/HEARINGS:**
1) *Daubert* Hearing set for **February 13, 2009, at 2:30 p.m.**
2) Final Trial Preparation Conference set for **April 17, 2009, at 4:00 p.m.** Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .
3) Five-day jury trial set for **April 27, 2009, at 1:30 p.m.**

**10:21 a.m. Court in recess/hearing concluded**.

Total in-court time: 1:11