IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                        JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes                    Date: February 13, 2009
Court Reporter: Darlene Martinez
_____

Civil Action No. 07-cv-01146-CMA-BNB

*Parties:*                                            *Counsel:*

JAMES RIVER INSURANCE COMPANY, and                    Brent Anderson
Ohio Corporation,                                     Kyle Seedorf

        Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited                Michael Burg
Liability Company,                                    Thomas Henderson
                                                      David TeSelle
        Defendant.

_____

                              **COURTROOM MINUTES**
_____

HEARING: *Daubert*

**2:20 p.m.     Court in session.**

Also present: Defendant's client representative Andrew Miller.

**Witness sworn and testified on behalf of the defendant: ANDREW MILLER:**
**2:23 p.m.**   Direct examination by Mr. Henderson.
2:56 p.m.       Cross-examination by Mr. Anderson.
3:32 p.m.       Redirect examination by Mr. Henderson.
3:39 p.m.       Recross-examination by Mr. Anderson.
**Exhibits received:** 1, 2, 3, 4, 5.
**3:40 p.m.     Witness excused**.

Argument.

**ORDER:** Plaintiff's Motion to Exclude Expert Testimony of Andrew Miller Under Fed.R.Evid. 702 and *Daubert* **(72)** is **taken under advisement**.

**ORDER:** Upon the conclusion of the **hearing**, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

**4:07 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 1:47