## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes         Date: April 17, 2009
Court Reporter: Darlene Martinez

---

Civil Action No.  07-cv-01146-CAM-BNB

| *Parties:* | *Counsel:* |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation, | Brent Anderson<br>Kyle Seedorf |
|     Plaintiff, | |
| v. | |
| RAPID FUNDING, LLC, a Colorado Limited Liability Company, | Michael Burg<br>David TeSelle<br>Thomas Henderson, IV |
|     Defendant. | Brian Matise |

---

### COURTROOM MINUTES
---

HEARING: Final Trial Preparation Conference

**3:55 p.m.**      **Court in session**.

**ORDER:**      Defendant/Counterclaimant's Motion *in Limine* to Exclude Portion of John A. Meyer's Expert Opinion Under Fed.R.Evid. 702 and *Daubert*, and this Court's February 24, 2009 Order **(127)** is **denied**.

**ORDER:**      James River Insurance Company's Cross-Motion to Exclude Testimony Regarding the Cost Approach **(132)** is **denied**.

**ORDER:**      Rapid Funding LLC's Motion to Strike James River Insurance Company's Late Filed Motions *in Limine* **(162)** is **denied**.

The case shall be tired to a jury of 10.

The jurors shall be allowed to take notes.

Parties shall have 15 minute per side for *voir dire*.

Parties shall have 30 minutes per side for openings.

**ORDER:** Rapid Funding's Oral Motion to Clarify the Court's Ruling (Doc. # 126) is **taken under advisement**.

**DEADLINES/HEARINGS:**
1) Responses to James River Insurance Company's Motions *in Limine* are due no later than **April 21, 2009, 5:00 p.m.**
2) Rapid Funding's supplemental objections to exhibits due no later than **April 21, 2009, 5:00 p.m.**
    Parties are directed to meet and confer and try to pare down the exhibit list.
3) Counsel shall submit to the Court one copy of highlighted portions of deposition designations no later than **April 21, 2009, at 5:00 p.m.**
    Parties are directed to meet and confer and try to resolve as many of the objections to deposition designations as possible.
4) Stipulated Statement of the Case due **April 27, 2009**.
5) Glossary due no later than **April 24, 2009, 4:00 p.m.**
6) Continued Motions hearing set for **April 24, 2009, at 2:00 p.m.**
    The Court will also address unresolved disputes as to exhibits, deposition designations, and Rapid Funding's Oral Motion to Clarify the Court's Ruling (Doc. # 126) at that time.

**4:58 p.m.    Court in recess/hearing concluded**.

Total in-court time: 1:03