**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes                    Date: April 24, 2009
Court Reporter: Darlene Martinez

---

Civil Action No.  07-cv-01146-CMA-BNB

_Parties:_                                            _Counsel:_

RAPID FUNDING, LLC, a Colorado Limited                Michael Burg
Liability Company,                                    David TeSelle
                                                      Thomas Henderson, IV
     Plaintiff,                                       Brian Matise

v.

JAMES RIVER INSURANCE COMPANY, an                     Brent Anderson
Ohio Corporation,                                     Kyle Seedorf

     Defendant.

---

**COURTROOM MINUTES**

---

HEARING: Motions

**2:03 p.m.     Court in session**.

**ORDER:**     Rapid Funding's Motion _in Limine_ **(134)** is **granted in part and denied in part** as to the following paragraphs:
         1)    Denied as to post claim compliance with the policy terms; granted as to pre-claim
         2)    Granted.
         3)    Denied.
         4)    Denied.
         5)    Denied.
         6)    Granted to the extent it is unfairly prejudicial.
         7)    Deferred.
         8)    Denied.

**ORDER:**      James River Insurance Company's Unopposed Motion *in Limine* Re Noneconomic Damages **(144)** is **granted**.

**ORDER:**      James River Insurance Company's Unopposed Motion *in Limine* Re Attorney Fees **(145)** is **granted**.

**ORDER:**      James River Insurance Company's Motion *in Limine* Re Redundant and/or Duplicative Expert Testimony **(146)** is **denied**.

**ORDER:**      James River Insurance Company's Motion *in Limine* to Exclude Evidence of a Company Motto **(147)** is **denied**.  The Company's motto Shall not be used excessively used or cumulative.

**ORDER:**      James River Insurance Company's Motion *in Limine* Re Reliance on, Reference to or Support of Andrew Miller Valuation Opinion **(148)** is **denied**.  Mr. Miller can testify regarding his activities as owner and as to his preparation of claims forms, subject to limiting instruction to be prepared by James River.

**ORDER:**      James River Insurance Company's Motion *in Limine* Re Diminution of Value **(149)** is **denied** to the extent it is tied to what the value of the north building is and nothing else.

**ORDER:**      James River Insurance Company's Motion *in Limine* Re Zoning **(150)** is **granted** to the extent it relates to any evidence with respect to post fire changes.

**ORDER:**      James River Insurance Company's Motion *in Limine* to Exclude Evidence of James River's Underwriting Practices After Rapid Funding's Claim of Loss **(151)** is **granted** to the extent it relates to any subsequent changes.

**ORDER:**      James River Insurance Company's Motion *in Limine* Re Underwriting **(152)** is **denied**.

**ORDER:**      James River Insurance Company's Motion *in Limine* to Exclude Argument and Evidence of Prior Insurance Coverage **(153)** is **deferred**.

**ORDER:**      James River Insurance Company's Cross-Motion *in Limine* to Exclude Argument and Evidence and Evidence of "No Changed Conditions" to Property **(154)** is **denied**.

**ORDER:**      James River Insurance Company's Motion *in Limine* Re Swett & Crawford **(155)** is **denied**.

**ORDER:**     James River Insurance Company's Motion *in Limine* to Exclude Evidence of Site Inspections Report **(156)** is **deferred**.

**ORDER:**     James River Insurance Company's Motion *in Limine* to Exclude Evidence of Paul Davis National Budget **(157)** is **denied**, but only as to testimony, not as an exhibit unless foundation is laid.

**ORDER:**     James River Insurance Company's Motion *in Limine* to Exclude Evidence of Profitability and Loss Ratios **(161)** is **granted in part and denied in part**.  Granted to the extent the testimony would elicit dollar figures; denied to the extent it is limited to general percentages.

Court ruled on deposition designations.

**4:05 p.m.**     **Court in recess**.
**4:21 p.m.**     **Court in session**.

Continued ruling on deposition designations.

**DEADLINES/HEARINGS:**
    1)    Counsel shall draft a limiting instruction, per Order, on James River Insurance Company's Motion *in Limine* Re Reliance on, Reference to or Support of Andrew Miller Valuation Opinion **(148)**.
    2)    Simultaneous briefing on whether counsel can call undesignated witnesses off opposing sides' witness lists due **April 25, 2009.**

**5:07 p.m.**     **Court in recess/hearing concluded**.

Total in-court time: 2:48