### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Ginny Kramer  
Court Reporter: Darlene Martinez

Date: April 27, 2009

---

Civil Action No. 07-cv-01146-CMA-BNB

*Parties:*

RAPID FUNDING, LLC, a Colorado Corporation,

    Plaintiff,

v.

James River Insurance Company, an Ohio Corporation,

    Defendant.

*Counsel:*

Michael Burg  
David TeSelle  
Thomas Henderson, IV

Brent Anderson  
Kyle Seedorf

---

### AMENDED COURTROOM MINUTES
---

**HEARING: Jury Trial Day One**

**1:00 p.m.      Court in session.**

The jury is not present.

Also present: Mr. Andrew Miller the representative for the plaintiff.

The Court and counsel discuss preliminary issues.

**It was ORDERED**:

    1.    That the Defendant's Motion in Limine *to Exlude Argument and Evidence of Prior Insurance Coverage,* [#153] filed April 10, 2009, is **granted.**

    2.    That the Defendant's Motion in Limine *to Exclude Evidence of Site Inspections Report,* [#156] filed April 10, 2009, is **taken under advisement.**

    3.    That the Defendant's Supplemental Motion in Limine *to Exclude Argument and Evidence of Prior Insurance Coverage (James River MIL #11),* [#195] filed April 27, 2009 is **granted.**

**It was ORDERED:   That stipulated exhibits 1 through 10, 12 through18, 20 through24, 26, 28, 30, 31, 33, 34, 37, 39 through 45, 67, 118, 122, 123, 132, 135, 139, and 140 are admitted into evidence.**

The Court's sequestration order in effect.

**1:55 p.m       Court in recess.**

Thirty potential jurors are brought to the courtroom.

Sixteen jurors are seated in the box before the Court takes the bench.

**2:25 p.m.     Court in session.**

Court's opening statements.

2:30 p.m.     Voir dire by the Court.

3:31 p.m.     Voir dire by Mr. Burg for the plaintiff.

3:48 p.m.     Voir dire by Mr. Anderson for the defendant.

4:15 p.m.     Jury impaneled and sworn.

**4:20 p.m.     Court in recess and shall reconvene on Tuesday, April 28, 2009, at 9:00 a.m.**

**Court in recess/trial continued.**

Total in-court time: 2 hours and 05 minutes