**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited Liability Company,

    Defendant.

**ORDER REALIGNING CAPTION FOR TRIAL PURPOSES ONLY**

By Order dated December 23, 2008 (Doc. # 117), the Court granted Defendant's Motion for Leave to Proceed First and Last at Trial (Doc. # 100), in which the Court's Order realigned the parties for trial purposes.   Throughout the trial, Plaintiff James River Insurance Company was referred to as defendant and Defendant Rapid Funding was referred to as plaintiff.  To the extent the references in the questions, answers and colloquy in the trial transcripts use only the phrase "plaintiff" or "defendant," unattached from the proper name of the party, it would be confusing to a reader who relies on the courtroom minutes and cover page of the transcripts to identify which party is the plaintiff and which is the defendant.  It is therefore

ORDERED that for the trial proceedings only, the case caption of this case shall be modified to reflect the realigned status of the parties in the courtroom minutes and cover page of the transcripts.

DATED:   May  18 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge