**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado Limited Liability Company,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY
OF EXECUTION OF JUDGMENT PENDING DISPOSITION OF POST-TRIAL
MOTIONS AND FOR ENTRY OF FUNDS INTO REGISTRY OF COURT**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Stay of Execution of Judgment Pending Disposition of Post-Trial Motions and for Entry of Funds Into Registry of Court (Doc. # 224). The Court, being fully advised in the premises, finds that Plaintiff's motion should be granted for the following reasons:

    1)     The motion is unopposed by Defendant Rapid Funding, LLC; and

    2)     The relief sought in the motion is appropriate and the parties have advised the Court that they agree that the entry of funds in the amount of $6.6 million will adequately protect Defendant Rapid Funding's security in the judgment. This amount was approximated by Defendant to represent 110% of the judgment, plus prejudgment interest and costs, as well as anticipated post-judgment interest that may accrue. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Stay of Execution of Judgment Pending Disposition of Post-Trial Motions and for Entry of Funds Into Registry of Court (Doc. # 224) is GRANTED. The execution of judgment and any proceedings to enforce the judgment are STAYED pending the disposition of James River's post-trial motions.

IT IS FURTHER ORDERED that Plaintiff is granted permission to enter funds into the Court's registry for the purposes indicated in and consistent with the terms of the motion for stay. Plaintiff's counsel is DIRECTED to contact the Clerk of the Court regarding the procedures to deposit the funds into the Court's registry.

DATED: May __22__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge