# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

　　Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado limited liability company,

　　Defendant.

## ORDER STAY PENDING APPEAL

　　This matter is before the Court on Plaintiff's Unopposed Motion for Stay Pending Appeal (Doc. # 276). The Court, being fully advised in the premises, hereby GRANTS the Motion for the following reasons:

　　1)　Defendant, Rapid Funding, LLC, does not oppose the motion.

　　2)　Pursuant to this Court's prior order (Doc. # 226), Plaintiff has deposited $6.6 million into the Court's registry as security for satisfaction of the judgment. (Doc. # 231.)  This sum remains on deposit and will serve as a supersedeas bond as set forth in Fed. R. Civ. P. 62(d).  The amount of the bond is ample to pay the entire judgment plus interest, if it is affirmed.  Under Rule 62(d), Plaintiff is entitled to a stay pending appeal.  Accordingly, it is

　　ORDERED that any proceedings to enforce the judgment are stayed pending appeal.  It is

FURTHER ORDERED that the funds deposited by Plaintiff into the registry of the Court shall remain on deposit until further order of this Court.

DATED: July  28 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge