**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01146-CMA-BNB

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

RAPID FUNDING, LLC, a Colorado limited liability company,

    Defendant.

---

## ORDER RELEASING SUPERSEDEAS CASH BOND
## TO JAMES RIVER

---

This matter is before the Court on Plaintiff's Unopposed Motion For Release of James River's Supersedeas Cash Bond (Doc. # 282). The Court, being fully advised in the premises, hereby GRANTS the Motion for the following reasons:

    1.    Defendant Rapid Funding LLC does not oppose the motion.

    2.    Pursuant to this Court's prior orders (Doc. ## 226, 277), Plaintiff James River deposited $6.6 million into the Court's registry as security for satisfaction of the judgment.

    3.    On July 29, 2011, the Tenth Circuit issued an opinion reversing the judgment and remanding for a new trial limited to the issue of damages. *See* Tenth Cir. Case No. 10-1145. On August 29, the Tenth Circuit revised that opinion, without changing the result, and the mandate issued on September 6, 2011 (Doc. # 281). Accordingly, it is

ORDERED that the cash bond deposited by Plaintiff James River into the Court's registry – principal plus interest, less the registry fee assessment – be released to James River. The office of the Clerk is hereby ordered to contact counsel for James River to obtain the details for a wire transfer to an account to be designated by James River.

DATED: September __14__, 2011

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge