**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Case No. 1:07-cv-01146-RBJ-BNB

**JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,**

    Plaintiff,

v.

**RAPID FUNDING, LLC, a Colorado Limited Liability Company.**

    **Defendant.**

---

**ORDER DISMISSING ACTION WITH PREJUDICE**

---

Upon consideration of the Joint Motion to Dismiss with Prejudice filed by the parties, pursuant to Fed. R. Civ. P. 41(a)(2), the Court ORDERS that the action, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 19th day of February, 2013.

BY THE COURT:

_/s/ Brooke Jackson_

R. Brooke Jackson
United States District Judge